**Not for Publication**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**IN RE CANCER GENETICS SECURITIES LITIGATION**

**Civil Action No. 18-5612 (ES) (SCM)**

**ORDER**

**SALAS, DISTRICT JUDGE**

Before the Court is defendant Cancer Genetics, Panna Sharma, Edward Sitar, John Roberts, and Igor Gitelman's motion to dismiss the consolidated Amended Class Action Complaint. (D.E. No. 31). Having considered the parties' submissions, and having held oral argument on February 20, 2020; and for the reasons stated on the record during oral argument and on February 25, 2020;

IT IS on this 25th day of February 2020,

**ORDERED** that Defendants' motion to dismiss (D.E. No. 31) is GRANTED; and it is further

**ORDERED** that the Amended Complaint (D.E. No. 27) is DISMISSED *with prejudice*; and it is further

**ORDERED** that the Clerk of Court TERMINATE Docket Entry Number 31 and CLOSE this matter.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**